# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| **THOMAS TICHY,** | ) | CASE NO: 2:10-CV-518 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | JUDGE ALGENON L. MARBLEY |
| v. | ) | |
| | ) | MAGISTRATE JUDGE MARK R. ABEL |
| **SUN LIFE ASSURANCE COMPANY OF CANADA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and among the parties, that the above-captioned action be dismissed in its entirety, with prejudice with each party to pay its own costs and fees.

SO STIPULATED AND AGREED.

/s/ *Thomas Tichey*
Thomas Tichey
4908 Crestview Circle
Parkersburg, WV 26104
Ph: (304) 442-2841
Email: *cindytichy@yahoo.com*

*Plaintiff Pro Se*

/s/ *Sara E. Hutchins*
Sara E. Hutchins (0076289)
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
111 Monument Circle
SUITE 4600
Ph: (317) 319-1300
Fax: (317) 916-9076
*Sara.Hutchins@OgletreeDeakins.com*

*Attorneys for Defendant Sun Life Assurance Company of Canada*

**IT IS SO ORDERED.**

Algernon L. Marbley
United States District Court Judge